FILED
CLERK, U.S. DISTRICT COURT

JUL -3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MJ 13-1840 |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| LAURA ELENA ROSALES-SANCHEZ | ) Allegations of Violations of Probation |
|  | ) Supervised Release) |
|  | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)   (X)   the appearance of defendant as required; and/or

    (B)   (X)   the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_she has documented legal status_
_she will not commit further offenses_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she has documented legal status_

IT IS ORDERED that defendant be detained.

DATED: 7/3/2013

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE